1
2
3
4
5
6
7
8

9                        **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11

12  THOMAS RANDOLPH,                    )        2:09-cv-00493-HDM-PAL
                                        )
13                 Plaintiff,           )
                                        )
14  vs.                                 )        ORDER
                                        )
15  ESTATE OF SHARON CAUSSE RANDOLPH,   )
    by and through its Executrix        )
16  COLLEEN BEYER,                      )
                                        )
17                 Defendant.           )
    _____)
18

19        Pursuant to the stipulation of the parties entered into on

20  July 6, 2010 (#32), this action is hereby dismissed.  The clerk of

    the court is directed to transfer all funds deposited with this
21
    court as part of this action to the clerk of court of the Eighth
22
    Judicial District Court as part of case number 08-P063132.  Each
23
    party shall bear its own costs and fees in connection with this
24
    action.
25
          DATED: This 8th day of July, 2010.
26

27                        _Howard D McKibben_

28                        _____
                          UNITED STATES DISTRICT JUDGE